UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA       JS-6

CIVIL MINUTES—GENERAL

Case No.  **CV 20-5383-MWF (PVCx)**                Date:  **July 13, 2020**
Title:    Kandela, LLC v. Porch.com, Inc., et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE: ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

Plaintiff Kandela, LLC filed a Complaint in the Los Angeles Superior Court on May 11, 2020, alleging fraud, breach of contract, and breach of the implied covenant of good faith and fair dealing. (*See generally* Notice of Removal ("NoR"), Ex. A (Docket No. 1)). On June 17, 2020, this action was removed to this Court pursuant to 28 U.S.C. § 1332 under the doctrine of diversity jurisdiction. (Docket No. 1).

On June 23, 2020, the Court issued an Order to Show Cause Re: Subject Matter Jurisdiction ("OSC") because "[t]he Complaint and NoR do not specify the citizenship of the owners or members of Plaintiff Kandela, LLC." (Docket No. 11 at 1). Accordingly, the OSC gave Plaintiff until July 7, 2020 to "identify the citizenships of its owners or members." (*Id*. at 2). Otherwise, the Court warned that "Plaintiff's failure to respond by the above date will result in dismissal of the action without prejudice." (*Id*.).

To date, Plaintiff has not responded to the OSC, and has yet to demonstrate that this Court has subject matter jurisdiction over this action. Accordingly, the action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.